**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PEARL ADAIR**
**Plaintiff(s),**

**v.**

**TRACY BATCHELDER, et al.**
**Defendant(s).**

**Case No.: 3:25−cv−02137−CL**

**ORDER CONDITIONALLY APPOINTING PRO BONO COUNSEL FOR ALL PURPOSES**

---

The Court hereby grants Pearl Adair's Motion to Appoint Counsel [17] and conditionally appoints Juan C. Chavez as counsel of record for all purposes.

Within 14 days of the date of this Order, the appointed attorney/law firm must file the Pro Bono Appointment Response Form with the Court with the appropriate option checked.

If representation is denied due to a conflict of interest or other specified reason, the appointment will be terminated and the Court may appoint substitute counsel.

Contact the Pro Bono Panel Administrator to be paired with a mentor attorney, to obtain a copy of the Guide for Representing Prisoners, or for more information regarding reimbursement of out−of−pocket expenses, procedures, and forms. Additional information can also be found on the Court's website.

**DATED** this 16th day of September, 2026

/s/Mark D. Clarke

Honorable Mark D. Clarke
United States Magistrate Judge.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PEARL ADAIR**
**Plaintiff(s),**

**v.**

**TRACY BATCHELDER, et al.**
**Defendant(s).**

**Case No.: 3:25−cv−02137−CL**

**PRO BONO APPOINTMENT RESPONSE FORM**

---

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☐ Representation of Pearl Adair for all purposes is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:

____________________________________________________________

____________________________________________________________

☐ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):

____________________________________________________________

____________________________________________________________

☐ I request a 14−day extension of time to review this case and respond to the Order Appointing Pro Bono Counsel.

____________________________________________________________

____________________________________________________________

**DATED** this __________ day of __________ ________ .

__________________________
Signature

__________________________
Printed Name and Oregon State Bar No.