DAN RAYFIELD
Attorney General
MATTHEW A. MAILE #181761
Senior Assistant Attorney General
CAITLYNN KNOPP #171102
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: matthew.maile@doj.oregon.gov
caitlynn.knopp@doj.oregon.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PEARL ADAIR,<br><br>Plaintiff,<br><br>v.<br><br>COFFEE CREEK CORRECTIONAL FACILITY, ET AL,<br><br>Defendants. | Case No. 3:25-cv-02137-CL<br><br>WAIVER OF SERVICE |

**WAIVER OF SERVICE FORM**

TO: The U.S. District Court for the District of Oregon

I have received the Court's request to waive service of a summons in this action along with a copy of the complaint. I agree to save the cost of serving a summons and complaint in this case on behalf of the following Defendants:

Coffee Creek Correctional Facility, Tracy Batchelder, Monica Felix, and Warren Roberts

Defendants shall retain all defenses or objections to the lawsuit, the Court's jurisdiction, and the action, but Defendants waive any objection to the absence of a summons or of service.

The above-named Defendants must file and serve an answer or a motion under Rule 12 within twenty-one (21) days from the date this Notice was signed. I understand that because the Court seeks to expedite the resolution of prisoner cases, execution of a waiver form does *not* increase the time in which to file an answer or responsive pleading.

I decline to waive service on behalf of the following defendants:

n/a

DATED this 24 day of September, 2026.

*s/ Matthew A. Maile*

MATTHEW A. MAILE #181761
Senior Assistant Attorney General
CAITLYNN KNOPP #171102
Assistant Attorney General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
matthew.maile@doj.oregon.gov
caitlynn.knopp@doj.oregon.gov
Of Attorneys for Defendants